

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00383-CR

Sean **LEBO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 413956
Honorable Bill C. White, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 26, 2015.

_____
Rebeca C. Martinez, Justice

---

[1] Senior District Judge Phil Chavarria presided over the guilt/innocence and punishment phases of trial.